Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Susan Weiler*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Weiler,<br><br>         Plaintiff,<br><br>    v.<br><br>The Prudential Insurance Company of America,<br><br>         Defendants. | Case No.  2:15-cv-01854-GMS<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each side will bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 1st day of February, 2016.

*/s/ Shelley Hebert, Esq.*          */s/ Scott E. Davis, Esq.*
Shelley Hebert, Esq.                  Scott E. Davis, Esq.
Attorney for Defendants           Attorney for Plaintiff

1